In the Matter of the Trust Created Under the Last Will and Testament of ELLSWORTH M. STATLER, Deceased, and the

Indenture. MARGUERITE COLLESANO, as Trustee of the Statler Foundation, Appellant; STATLER FOUNDATION et al., Respondents. WILLIAM J. CUNNINGHAM, JR., et al., as Trustees of the Statler Foundation, Respondents. (Appeal No. 2.) [810 NYS2d 720]—Appeal from an order of the Surrogate's Court, Erie County (Barbara Howe, S.), entered April 4, 2005. The order denied the petition for attorney's fees.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Matter of Statler* (27 AD3d 1163 [2006]). Present—Pigott, Jr., P.J., Scudder, Kehoe, Smith and Pine, JJ.